**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION

Appellate case name:        In the Interest of R. J., Jr., A Child

Appellate case number:    01-18-00729-CV

Trial court case number:   CV29910

Trial court:                  344th District Court of Chambers County

      This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue ("parental termination case") for both the father, R. J., Sr., and the mother, E. M.  This Court's November 20, 2018 Order reinstated this appeal and directed appellant E.M.'s counsel, Farrah Harper, to file a brief within 20 days of the date of that Order.  Because E.M. did not timely file a brief, the Clerk of this Court's December 17, 2018 notice warned counsel that her brief was due within 10 days of that notice, and that no extensions would be granted absent extraordinary circumstances.  On December 18, 2018, E.M.'s counsel filed an extension requesting until January 16, 2019.

      Appeals in parental termination cases are to be brought to final disposition within **180 days** of the date the notice of appeal is filed, so far as reasonably possible.  *See* TEX. ST. JUD. ADMIN. R. 6.2(a) (West 2017).  Here, the first notice of appeal was timely filed on August 10, 2018, in the trial court from the August 6, 2018 final decree for termination by appointed counsel for the mother, E. M., setting the 180-day compliance deadline for February 6, 2019.  *See* TEX. R. APP. P. 26.1(b).  Although this is E.M.'s counsel's first extension, the accelerated schedule in termination cases requires greater compliance with briefing deadlines and greater scrutiny of extensions.  Appellant E.M.'s counsel contends that an extension is needed because she was not properly notified of the September 10, 2018 notice of appeal by the Clerk of this Court.  However, E.M.'s counsel appeared at the November 16, 2018 abatement hearing and was sent the November 20, 2018 Order.

      Accordingly, appellant E.M.'s motion for an extension of time to file appellant's brief is **GRANTED, in part, until January 4, 2019, but no further extensions will be granted**.  *See* TEX. R. APP. P. 38.6(d).

      It is so ORDERED.

Judge's signature: /s/ Laura Carter Higley
                        X Acting individually    ☐ Acting for the Court

Date:  <u>December 20, 2018</u>